KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7210
    Fax:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>MOUNZER MOUNIR,<br>    Defendant. | No. CR 05 737 JSW<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM DECEMBER 8, 2005 TO JANUARY 5, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The defendant appeared before this Court on December 8, 2005.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a further hearing on January 5, 2006 at 2:30P.M. before the Honorable Jeffrey S. White, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 8, 2005 to January 5, 2006.  The parties agree, and the Court finds and holds, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 8, 2005 to January 5, 2006, outweigh the best interest of the

public and the defendant in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 8, 2005 to January 5, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: January 5, 2006               /s/
                                     ELIZABETH FALK, ESQ.
                                     Attorney for Defendant

DATED: January 5, 2006               /s/
                                     ROBERT DAVID REES
                                     Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 13, 2006              /s/ Jeffrey S. White
                                     HON. JEFFREY S. WHITE
                                     United States District Judge