KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 737 JSW |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM JANUARY 26, 2006 TO MARCH 9, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| MOUNZER MOUNIR, ) | |
| Defendant. ) | |

     The defendant appeared before this Court on January 26, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a further hearing on March 9, 2006 at 2:30P.M. before the Honorable Jeffrey S. White, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 26, 2006 to March 9, 2006. The parties agree, and the Court finds and holds, as follows:

     1. The defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 26, 2006 to March 9, 2006, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 26, 2006 to March 9, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: March 9, 2006            /s/
                                MARY MCNAMARA, ESQ.
                                Attorney for Defendant

DATED: March 9, 2006            /s/
                                ROBERT DAVID REES
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 13, 2006           /s/ Jeffrey S. White
                                HON. JEFFREY S. WHITE
                                United States District Judge

2