UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOUNZER MOUNIR,<br><br>Defendant. | Case No. CR-05-0737 JSW<br><br>[PROPOSED] RECOMMENDATION TO THE UNITED STATES MARSHALS SERVICE TO TRANSFER MOUNZER MOUNIR TO FDC PLEASANTON FOR MEDICAL ATTENTION |

On March 23, 2006, counsel for defendant Mounzer Mounir moved orally for a recommendation from the Court that defendant be transferred from Alameda County Jail, Glen E. Dyer Detention Facility, where he currently is detained in the custody of the United States Marshals Service, to the Federal Detention Center in Pleasanton, California, on grounds of defendant's deteriorating health.

Counsel represented to the Court that defendant is suffering from a staphylococcus infection that is of prolonged duration and that is not responding adequately to antibiotics. Counsel further represented that defendant also suffers from high blood pressure, for which condition he is required to exercise. Due to the restrictive lock down polices in place at the Glen Dyer facility however, defendant is unable to receive the necessary time out of his cell in an exercise yard and is therefore unable to manage his high blood pressure adequately.

/ / /

RECOMMENDATION FOR TRANSFER
Case No. CR-05-0737 JSW (Mounir)

In light of these representations, the Court finds good cause to issue a recommendation to the United States Marshals Service that it transfer defendant to FDC Pleasanton forthwith. THIS IS THE RECOMMENDATION OF THE COURT.

Dated: March ___, 2006     [MAR 2 7 2006]

JEFFREY S. WHITE
United States District Judge